UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SIKH COALITION,<br><br>Plaintiff,<br><br>-against-<br><br>U.S. DEPARTMENT OF TRANSPORTATION,<br><br>Defendant. | : | 26 Civ. 10074 (LGS)<br><br>**ORDER** |

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that, by **December 17, 2026**, the parties shall negotiate a schedule for the search, processing and potential production of responsive documents, and file a joint letter on ECF apprising the Court of that schedule and whether an initial pretrial conference is necessary to resolve any open issues.

Dated: November 19, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE